## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 20-04302-ODW(JEMx) | Date | July 27, 2020 |
|---|---|---|---|
| Title | George A. Hinshaw v. China Times Media Group | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge |
|---|---|

| Sheila English | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None present | None present |

**Proceedings:**       MINUTES (IN CHAMBERS)

The hearing on the MOTION to Dismiss [**19**] and APPLICATION TO REMAND [**24**] , scheduled for August 3, 2020 at 1:30 P.M., are hereby VACATED and taken off calendar. No appearances are necessary.

The matters stands submitted, and will be decided upon without oral argument. An order will issue.

                                                                                         :   00

                                                                  Initials of Preparer   se