# United States District Court
# Central District of California

| | |
|---|---|
| GEORGE A. HINSHAW,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CHINA TIMES MEDIA GROUP, et al.,<br><br>　　　　Defendants. | Case No. 2:20-cv-04302-ODW (JEMx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting Defendants' Motion to Dismiss, it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

1. Plaintiff shall recover nothing from Defendant;
2. Plaintiff's Complaint is dismissed on the merits and with prejudice.

**IT IS SO ORDERED.**

October 23, 2020

　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　**OTIS D. WRIGHT, II**
　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**